RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorneys for Traviunta Woods

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-cr-00187-KJD-PAL |
| Plaintiff, | **UNOPPOSED EXPEDITED MOTION TO TEMPORARILY MODIFY CONDITIONS OF PRETRIAL RELEASE TO ALLOW TRAVEL** |
| vs. | |
| TRAVIUNTA WOODS, | |
| Defendant. | |

<u>CERTIFICATION</u>: This Motion is timely filed.

       COMES NOW, the Defendant Traviunta Woods, by and through his attorney of record, Rachel Korenblat, Assistant Federal Public Defender, and hereby moves pursuant to 18 U.S.C. § 3145(a)(2) to temporarily modify his conditions of pretrial release to allow Mr. Woods to take his son to Disneyland in Anaheim, California next weekend, the weekend of June 21st.  This motion is based on all prior proceedings had herein and the attached memorandum of points and authorities.

       DATED this 14th day of June, 2013.

                        RENE L. VALLADARES
                        Federal Public Defender

                        */s/Rachel Korenblat*
                By:_____
                        RACHEL KORENBLAT
                        Assistant Federal Public Defender

**FACTS**

On May 11, 2012, the Magistrate Court released Traviunta Woods on a Personal Recognizance Bond with Pretrial Release Conditions, which included the conditions that he submit to location monitoring and that he remain in Clark County, Nevada.  (CR # 4 at p.2.)  Thus, for over a year, Mr. Woods has been monitored by Pretrial Services in the form of Passive Global Position Satellite ("GPS") within Clark County.

Mr. Wood's Pretrial Services Officer, Justin Mounts, has informed the undersigned that Mr. Woods has been compliant with this location monitoring and all other aspects of his Pretrial Release.  Mr. Woods, a single father, wishes to take his son to Disneyland in Anaheim, California for the weekend.  Mr. Woods would drive from Las Vegas to Disneyland on Friday, June 21st and he would return to Las Vegas by Sunday evening, June 23rd. Mr. Mounts and AUSA Phillip Smith do not oppose this request.  Mr. Woods is not requesting modification of any other release conditions.

**CONCLUSION**

For the aforementioned reasons, Mr. Woods respectfully requests that this Court grant this motion to allow him to travel to Anaheim, California to take his son to Disneyland.

Respectfully submitted this 14th day of June, 2013.

RENE L. VALLADARES
Federal Public Defender

*/s/Rachel Korenblat*
By:_____
RACHEL KORENBLAT
Assistant Federal Public Defender
Counsel for Defendant Woods

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: _____June 14, 2013_____

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Law Offices of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on June 14, 2013, she served an electronic copy of the above and foregoing **UNOPPOSED EXPEDITED MOTION TO TEMPORARILY MODIFY CONDITIONS OF PRETRIAL RELEASE TO ALLOW TRAVEL**, by electronic service (ECF) to the person named below:

DANIEL G. BOGDEN
United States Attorney
PHILLIP SMITH
Assistant United States Attorney
333 Las Vegas Blvd. So., 5th Floor
Las Vegas, Nevada 89101

*/s/ Karen Brokaw*
_____
Employee of the Federal Public Defender

3