RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorneys for Traviunta Woods

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>TRAVIUNTA WOODS,<br><br>        Defendant. | 2:12-cr-187-KJD-PAL-1<br><br>**STIPULATION TO EXTEND DEADLINES IN THIS COURT'S JUNE 1, 2015 ORDER BY SIXTY (60) DAYS** |

      The United States of America, by Assistant United States Attorney Elizabeth Olson White, and Defendant Traviunta Woods, by Assistant Federal Public Defender Nisha Brooks-Whittington, submit the following Joint Stipulation to extend, by sixty (60) days, all of the deadlines set in this Court's Order dated June 1, 2015. *See* CR 80.

      The parties agree and stipulate to the following:

      1.      On March 11, 2014, this Court sentenced Defendant to 100 months' imprisonment on his conviction for drug-related offenses. CR 74.

      2.      On January 15, 2015, Defendant filed a *pro se* motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) in light of Guidelines Amendment 782. CR 76.

      3.      On January 27, 2015, this Court issued an Order appointing the Federal Public Defender to represent Defendant, and setting deadlines. Specifically, the Court ordered the Probation Office to provide certain documents to the parties within 30 days (i.e., by

February 26, 2015) and ordered the Federal Public Defender to file any appropriate motion or stipulation within 120 days (i.e., by May 27, 2015). CR 78.

4. On May 27, 2015, the parties filed a joint stipulation to extend the deadlines in this Court's January 27, 2015 Order by 90 days. CR 79. On June 1, 2015, the Court granted the stipulation. CR 80.

5. The parties have reached a proposed resolution of this case. Undersigned counsel needs additional time to send documentation regarding the proposed resolution to client and to discuss the documentation with client.

6. For the reason stated above, the parties respectfully request that the Court issue an order extending the deadlines in the Court's June 1, 2015 Order, by sixty (60) days.

DATED this 20th day of August, 2015.

Respectfully submitted,

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| /s/ Nisha Brooks-Whittington | /s/ Elizabeth O. White |
| NISHA BROOKS-WHITTINGTON,<br>Assistant Federal Public Defender | ELIZABETH O. WHITE,<br>Appellate Chief and<br>Assistant United States Attorney |

IT IS SO ORDERED.

Dated: 8/27/2015

_____
U.S. District Judge