# FILED UNDER SEAL

Prob12C
D/NV Form
Rev. March 2017

# United States District Court
## for
## the District of Nevada

## PETITION FOR WARRANT
## FOR OFFENDER UNDER SUPERVISION

Name of Offender: **Traviunta Woods**

Case Number: **2:12CR00187**

Name of Sentencing Judicial Officer: **Honorable Kent J. Dawson**

Date of Original Sentence: **March 11, 2014**

Original Offense: **Distribution of a Controlled Substance and Felon in Possession of a Firearm (2 counts)**

Original Sentence: **100 Months prison, followed by 48 Months TSR.**

Date of Prior Revocation: **September 28, 2021**

Revocation Sentence: **30 days imprisonment, followed by 24 Months TSR**

Date Supervision Commenced: **November 2, 2021**

Name of Assigned Judicial Officer: **Honorable Kent J. Dawson**

## PETITIONING THE COURT

☒ To issue a warrant.

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Do Not Unlawfully Use Controlled Substance - You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court, not to exceed 104 tests annually.**

   Woods failed to appear for drug and alcohol testing on the following dates:

RE: Traviunta Woods

Prob12C
D/NV Form
Rev. March 2017

    November 11, 2021
    November 13, 2021
    November 15, 2021
    November 30, 2021
    December 11, 2021
    December 17, 2021
    December 23, 2021
    December 27, 2021

Woods failed to provide a urine specimen for drug testing on November 22, 2021, thus recorded as a stall.

2. **Residential Reentry Center** – **You must reside in a residential reentry center for a term of up to seven months. You must follow the rules and regulations of the center.**

   Woods failed to follow the rules and regulations of the Residential Re-Entry Center (RRC) as noted below and was removed from the facility as a program failure on January 10, 2021.

   A. On November 11, 2021, Woods's cell was searched randomly by staff members. An unauthorized cell phone was in his locker, in violation of code 305: Possession of anything not authorized for retention or receipt and not issued to him through regular channels, unauthorized cell phone.

   B. On December 8, 2021, Woods was interviewed by the undersigned officer and Assistant Director Charles Clark regarding his whereabouts on December 5, 2021. During the conversation about where he was between the hours of 7:53 p.m. and 9:50 p.m. Woods admitted he was in a public parking lot having sexual intercourse with a female. This is in violation of code 309: Unaccountability.

   C. On December 8, 2021, Woods was interviewed by the undersigned officer and Assistant Director Charles Clark regarding his whereabouts on December 8, 2021 while he was authorized to be out of the RRC for purposes of attending treatment. Woods admitted he traveled without permission to eat at a Jack-In-the-Box restaurant and that he deviated from his approved pass. This is in violation of code 309: Unaccountability.

RE: Traviunta Woods

D. On December 13, 2021, Woods was observed in the men's dorm restroom smoking a cigarette. Woods was told to put out the cigarette and leave the area. This is in violation of code 332: Smoking where prohibited.

E. On December 14, 2021, Woods was observed in the men's dorm restroom smoking a cigarette at 8:10 p.m. Woods was told to put out the cigarette and leave the area. This is in violation of code 332: Smoking where prohibited.

F. On December 14, 2021, Woods was observed in the men's dorm restroom smoking a cigarette at 9:40 p.m. Woods was told to put out the cigarette and leave the area. Woods stated, "two times in one day". This is in violation of code 332: Smoking where prohibited.

G. On December 14, 2021, Woods was observed in the last stall of the men's dorm restroom during count time. When Woods was seen he attempted to conceal a Surge Power AA in both of his hands along with a hollowed-out ink pen and a small piece of wire with a small piece of white paper attached. The items were confiscated. The items listed are classified as drug paraphernalia and are commonly used to convey chemical base "Spice" for consumption and concealment when smoking. This is in violation of code 113: Possession of paraphernalia for use of any narcotics.

H. On December 17, 2021, Woods was observed in the men's dorm restroom at 6:56 p.m. with a pack of cigarettes in his lap and a lighter in his hand while fully clothed in a stall. Smoking items are only allowed in the designated smoking area. This is in violation of code 332: Smoking where prohibited. It should be noted that Woods refused to sign his name on the incident report.

I. On December 17, 2021, Woods was observed in the men's dorm restroom at 8:28 p.m. where he was found to be peeling the rubber off an electric cord with two AA batteries in his lap, along with a hollowed-out ink pen and a lighter. A small piece of white paper was laying on the stall counter beside him. The items were confiscated, and Woods stated he was not doing anything and accused the monitor of being a "weirdo". The items were confiscated. The items confiscated from Woods this date is classified by RRC as drug paraphernalia; and are commonly used to convey chemical base "Spice" for consumption and concealment when smoking. This is in violation of code 113: Possession of paraphernalia for use of any narcotics. It should be noted that Woods refused to sign his name on the incident report.

RE: Traviunta Woods

Prob12C
D/NV Form
Rev. March 2017

- J. On December 25, 2021, Woods was observed in the men's dorm restroom smoking a cigarette at 4:02 p.m. Woods was told to put out the cigarette and leave the area. This is in violation of code 332: Smoking where prohibited. It should be noted that Woods signed his name on the incident report as "LOL", a commonly known acronym for "laughing out loud".

- K. On December 25, 2021, Woods was observed in the men's dorm restroom smoking a cigarette at 6:54 p.m. Woods was told to put out the cigarette and leave the area. This is in violation of code 332: Smoking where prohibited. It should be noted that Woods signed his name on the incident report as "LOL", a commonly known acronym for "laughing out loud".

- L. On January 2, 2022, Woods was observed in the men's dorm restroom smoking a cigarette at 5:32 p.m. Woods was told to put out the cigarette and leave the area. This is in violation of code 332: Smoking where prohibited.

- M. On January 6, 2022, a review of Woods RRC file by the RRC Case Manager revealed that Woods failed to complete tuberculosis (TB) testing as required as he failed to have his final test read and reviewed by medical staff. This is in violation of code 309: Violating a condition of a community program by failing to complete required TB test.

3. **Follow Instructions Of Probation Officer** - **You must follow the instructions of the probation officer related to the conditions of supervision.**

At the onset of supervision, Woods was instructed by his probation officer to call a dedicated phone number nightly to see if he is required to submit to a drug test the following day. Since commencing this term of supervision on November 2, 2021, Woods has failed to call the testing line on 26 occasions.

RE: Traviunta Woods

Prob12C
D/NV Form
Rev. March 2017

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **January 10, 2022**

Digitally signed by Bryce Stark
Date: 2022.01.11 16:23:15 -08'00'

Bryce D. Stark
**Senior United States Probation Officer**

Approved:

Digitally signed by Todd Fredlund
Date: 2022.01.10 16:38:55 -08'00'

Todd J. Fredlund
Supervisory United States Probation Officer

*THE COURT ORDERS*

☐     No Action.
☒     The issuance of a warrant.
☐     The issuance of a summons.
☐     Other:

_____
Signature of Judicial Officer

_____1/13/2022_____
Date

RE: Traviunta Woods

Prob12C
D/NV Form
Rev. March 2017

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. TRAVIUNTA WOODS, 2:12CR00187

### SUMMARY IN SUPPORT OF PETITION FOR WARRANT
### January 10, 2022

Woods was initially sentenced to 100 months imprisonment to be followed by 48 months supervised release following his conviction for Distribution of a Controlled Substance and Felon in Possession of a Firearm (2 counts). On September 28, 2021, supervision was revoked due to violations including use of controlled substances, failure to submit monthly reports, failure to report change of residence or employment, associating with criminals, failure to attend substance abuse treatment, and failure to complete community service. Supervision was revoked and he was sentenced to 30 days custody followed by 24 months supervised release. He was also ordered to participate and complete the C.A.R.E. Program, residential re-entry center (RRC), no contact with gang members, mental health and substance abuse treatment, and search and seizure. Woods commenced his second term of supervised release on November 2, 2021, in the District of Nevada.

Woods was placed into the RRC at the onset of his supervision, and he entered treatment in the C.A.R.E. Program. As noted in this petition, Woods began violating the rules of the RRC shortly after his arrival there. The RRC attempted to work with Woods in explaining the rules and procedures they have in place and Woods continued to violate the program rules. Each time Woods was addressed with the violations he was prompted to not violate any further. As noted in his signatures in some of the incident reports by signing "LOL", he did not appear to take the rules seriously. The RRC staff attempted to work with Woods until he was told after his incident reports on December 25, 2021, that if he had any further incident reports he would be removed from the facility as a program failure. Woods met with the undersigned officer in the probation office to address this issue on December 29, 2021 and admitted verbally he had failed to follow the rules, but he thought they were "minimal and stupid". At that time Woods agreed to modify his conditions to include 50 hours of community service; however, he was informed that if he continued to break the rules at the RRC then the Court would be notified with a request for warrant to initiate revocation proceedings. Before a modification request could be filed with the Court, on January 2, 2022, Woods again broke the rules of the RRC regarding smoking where prohibited. Because of this and all the other rule violations, the RRC is removing Woods as a program failure and a request to the Court to revoke supervision is being requested instead of community service.

Woods is participating in the C.A.R.E. Program through a modified schedule due to a reduced number of participants currently. To his credit, he has not tested positive for drugs or alcohol since being in the C.A.R.E. Program; however, as noted in this petition, he has missed a total of eight (8) drug tests and failed to submit to one test as required when he stalled. The reason Woods missed so many tests in just over two months cannot be logically justified since he has been unemployed and the only two things he has been required to do is attend and participate in

RE: Traviunta Woods

Prob12C
D/NV Form
Rev. March 2017

treatment and submit to drug tests. He has no other excusable reason to not submit to testing since the RRC provides a bus pass for him to have adequate transportation to and from the testing site. Wood's failure to submit to drug testing is considered a refusal to submit to drug testing as a condition of supervision.

Due to Woods unwillingness to abide by the conditions set forth by the Court, failure to follow the rules of the RRC, and his lack of desire to follow the rules to complete programming, it is respectfully requested a warrant be issued to initiate revocation proceedings and that he be detained pending revocation proceedings.

Respectfully submitted,

Digitally signed by Bryce Stark
Date: 2022.01.11 16:25:37 -08'00'

Bryce D. Stark
Senior United States Probation Officer

Approved:

Digitally signed by Todd Fredlund
Date: 2022.01.10 16:39:08 -08'00'

Todd J. Fredlund
Supervisory United States Probation Officer